MARILYN O'DONNELL *v.* CARMEN FENEQUE ET AL.

The petition by the defendant Quincy Mutual Fire Insurance Company for certification for appeal from the Appellate Court, 120 Conn. App. 167 (AC 29718), is denied.

*Patrick J. Flaherty* and *Lorinda S. Coon,* in support of the petition.

*William F. Gallagher,* in opposition.

Decided June 2, 2010

CICERO BOOKER, JR. *v.* MICHAEL J. JARJURA ET AL.

The petition by the defendant Dov Braunstein for certification for appeal from the Appellate Court, 120 Conn. App. 1 (AC 29941), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Howard K. Levine,* in support of the petition.

*Frederick W. Krug,* in opposition.

Decided June 2, 2010

IN RE KEYASHIA C.

The petition by the respondent mother for certification for appeal from the Appellate Court, 120 Conn. App. 452 (AC 30297), is denied.

*Rosemarie T. Weber,* in support of the petition.

*Susmita M. Mansukhani,* assistant attorney general, in opposition.

Decided June 2, 2010